IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-cv-35-FL

| | | |
|---|---|---|
| MELISSA DAWN MELLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING ATTORNEY |
| | ) | FEES UNDER THE EQUAL |
| MICHAEL J. ASTRUE, | ) | ACCESS TO JUSTICE ACT |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that the Commissioner of the Social Security Administration pay to Plaintiff the sum of $5,160 in attorney's fees and $350 in costs in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In accordance with Plaintiff's assignment of EAJA fees, if there is no debt that qualifies under the Treasury Offset Program, the award will be made payable to The Law Offices Of James B. Gillespie, Jr., and sent to such offices at 415 Chestnut Street, Wilmington, NC 28401. If there is such a debt, any amount remaining after offset will be made payable to Plaintiff and sent to Plaintiff's counsel at the address described above.

SO ORDERED this 2nd day of December, 2011.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge